# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Westfield Insurance Company

                                            Plaintiff,

v.                                                                                    Case No.: 1:23–cv–02997

                                                                                        Honorable Elaine E. Bucklo

Curwick Construction Company, et al.

                                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, May 10, 2024:

        MINUTE entry before the Honorable Elaine E. Bucklo: Plaintiff's unopposed motion to dismiss the Declaratory Judgment lawsuit for lack of any present case in controversy [43] is granted. All pending dates and motions are terminated as moot. Civil case terminated. Mailed notice. (mgh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.